IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 26 2016
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP ALLAN MORRIS,<br><br>Defendant. | CR 15-14-BLG-SPW<br><br>ORDER |

Defendant Philip Allan Morris moved the Court to conduct an in camera review of the personnel files of Laurel Police Officer James Huertas and the investigative file related to the Partner-Family Member Assault charge pending against Officer Huertas. (Doc. 41). Upon stipulation by the United States, the Court granted Morris's request to conduct an in camera review of the materials. (Doc. 46; Doc. 48). The Court has conducted its in camera review of the materials and concluded none of the materials contain information required to be disclosed under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972). Accordingly, the materials will not be disclosed to Morris.

DATED this 26th day of September 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1